## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number:

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74
FRINGE BENEFIT FUNDS,
            Plaintiff,
    v.
RICK'S BRICKS, INC., a dissolved Illinois corporation, S&R MASONRY, INC., an Illinois corporation and RICK WILLIAMS, individually
            Defendant,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| |
|---|
| NAME (Type or print)<br><br>DONALD D. SCHWARTZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/Donald D. Schwartz |
| FIRM<br><br>ARNOLD AND KADJAN |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>03124459 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?              YES ☑      NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?             YES ☑      NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?               YES ☑      NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>   RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |