AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND
ALLIED CRAFTSMEN LOCAL 74 FRINGE
BENEFIT FUNDS,
　　　　　Plaintiffs,

V.

RICK'S BRICKS, INC., a dissolved Illinois corporation,
S&R MASONRY, INC., an Illinois corporation and
RICK WILLIAMS, individually
　　　　　Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08C2603

ASSIGNED JUDGE: JUDGE KOCORAS

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX



RECEIVED
MAY 13 2008
SHERIFF'S OFFICE
RECORD SECTION

TO: (Name and address of Defendant)

　　S & R MASONRY, INC.
　　C/O ITS REGISTERED AGENT, J. TIM CRAVENS
　　100 NORTH AMOS, P. O. BOX 216
　　SPRINGFIELD, IL 62705

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　Donald D. Schwartz
　　Arnold and Kadjan
　　19 West Jackson Blvd., Suite 300
　　Chicago, IL 60604
　　(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_____　　　　　　　　　　　May 6, 2008
(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　　Date



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, Robert R. Meacham II #5019 certify that I served this summons as follows:

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ **Other service**, as described below.

Case Number  08-C 2603

Name of defendant  S&R MASONRY INC

Name of other person
Summons left with  NORMA WEEKS - keep for TIM CRAVENS (Agent)

Sex  ( M /(F))  Race  60's  Approx. age  60's

Date of Service  5-16-08   Time  2:30

Date of Mailing  _____

Address at which paper was served:

100 N. AMOS.

Service fees $30.00

Neil Williamson, Sheriff of Sangamon County

By, R Meacham #5019 , Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY