IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>      Plaintiffs,<br><br>v.<br><br>RICK'S BRICKS, INC., A DISSOLVED ILLINOIS CORPORATION; S&R MASONRY, INC., AN ILLINOIS CORPORATION and RICK WILLIAMS, Individually<br>      Defendant. | )<br>)<br>)<br>) No. 08 C 2603<br>)<br>) Judge Kocoras<br>)<br>) Magistrate Judge Cox<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, S&R MASONRY, INC.

In support thereof, Plaintiffs state:

1. This case was filed on May 6, 2008.

2. Defendant, S & R Masonry, Inc. was served with Summons and Complaint on May 16, 2008.

3. In excess of 20 days have expired since Service of Process, however, Defendant, S & R Masonry, Inc. failed to file an answer or otherwise plead.

4. Per the affidavit of Olga Kane, Defendant owes $73,000.00 for not making payment on the Installment Note Since April 2008. (Exhibit A)

5. Per the affidavit of Robert Rudis, Plaintiffs received from the Defendant

$20,000.00 on a cash bond, this reduces the amount in default by $20,000.00. (Exhibit B)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and expenses $1,300.00 has been incurred in this suit. (Exhibit C)

**WHEREFORE**, Plaintiffs pray for:

1. An Order of Default against the Defendant, S & R Masonry, Inc.

2. Judgment be rendered in the amount of $74,300.00 in favor of Plaintiff and against defendant S & R Masonry, Inc.

> Respectfully submitted,
>
> TRUSTEES OF THE BRICKLAYERS AND
> ALLIED CRAFTSMEN LOCAL 74 FRINGE
> BENEFIT FUNDS
>
>
> s/ Donald D. Schwartz
> Counsel for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>                Plaintiffs,<br><br>v.<br><br>RICK'S BRICKS, INC., A DISSOLVED ILLINOIS CORPORATION; S&R MASONRY, INC., AN ILLINOIS CORPORATION and RICK WILLIAMS, Individually<br>                Defendant. | )<br>)<br>)<br>) No. 08 C 2603<br>)<br>)<br>) Judge Kocoras<br>)<br>) Magistrate Judge Cox<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF OLGA KANE**

STATE OF ILLINOIS     )
                            ) ss
COUNTY COOK        )

      I Olga Kane, being first duly sworn on oath, depose and state as follows:

      1.      I am employed at the law firm of Arnold and Kadjan.

      2.      One of my duties is to monitor all contractors paying delinquent fringe benefits on Installment Note programs.

      3.      This process includes receiving and accounting for all note payments thereon and computing a running tally of remaining balances for each contractor.

      4.      A copy of the Installment Note that RICK'S BRICKS, INC., S&R MASONRY, INC., and RICK WILLIAMS has been making payments pursuant to are attached hereto as Exhibit A.

      5.      The Installment Note is currently in default because the payment of April 1, 2008 was not made.

      6.      The amount due for Bricklayers Local 74's Note is $73,000.00. Failure to pay accelerates the full amount due.

                                                                                                                         **EXHIBIT A**

7.  Affiant is currently not suffering from any infirmities and is competent to testify to the facts set forth herein.

FURTHER AFFIANT SAYETH NOT.

_____
Olga Kane

SUBSCRIBED AND SWORN TO
before me this  22nd  day of
July, 2008

_____
**NOTARY PUBLIC**

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

S & R Masonry, Inc.  5080-190  Bricklayers Local 74
10122 Mandell
Plainfield, IL 60544  Donald D. Schwartz

Ricks Bricks, Inc.
204 Deerpath Drive
Oswego, IL 60543

Telephone No. 630-774-8920
Contact: Rick E. Williams

Owe: Principal $136,333.37   Interest $17,666.63   Total Due $154,000.00
For: resolution of audits for ricks bricks and s & r masonry through 3-06
and reports for 4-06 through 8-06

$154,000.00

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | | BALANCE |
|---|---|---|---|---|---|---|
| 10/01/06 | $10,000.00 | 10/4/2006 | 10,000.00 | 2655 | B | 144,000.00 |
| 11/01/06 | $3,000.00 | 11/3/2006 | 3,000.00 | 3117 | | 141,000.00 |
| 12/01/06 | $3,000.00 | 11/27/2006 | 3,000.00 | TO FUND | | 138,000.00 |
| 01/01/07 | $3,000.00 | 12/28/2006 | 3,000.00 | TO FUND | | 135,000.00 |
| 02/01/07 | $3,000.00 | 1/25/2007 | 3,000.00 | TO FUND | | 132,000.00 |
| 03/01/07 | $3,000.00 | 2/27/2007 | 3,000.00 | TO FUND | | 129,000.00 |
| 04/01/07 | $3,000.00 | 3/30/2007 | 3,000.00 | TO FUND | | 126,000.00 |
| 05/01/07 | $3,000.00 | 4/27/2007 | 3,000.00 | TO FUND | | 123,000.00 |
| 06/01/07 | $3,000.00 | 5/24/2007 | 3,000.00 | TO FUND | | 120,000.00 |
| 07/01/07 | $3,000.00 | 7/10/2007 | 3,000.00 | TO FUND | | 117,000.00 |
| 08/01/07 | $3,000.00 | 7/10/2007 | 3,000.00 | TO FUND | | 114,000.00 |
| 09/01/07 | $3,000.00 | 9/5/2007 | 3,000.00 | TO FUND | | 111,000.00 |
| 10/01/07 | $3,000.00 | 10/30/2007 | 3,000.00 | TO FUND | | 108,000.00 |
| 11/01/07 | $3,000.00 | 11/5/2007 | 3,000.00 | TO FUND | | 105,000.00 |
| 12/01/07 | $3,000.00 | 12/5/2007 | 3,000.00 | TO FUND | | 102,000.00 |
| 01/01/08 | $3,000.00 | 1/2/2008 | 3,000.00 | TO FUND | | 99,000.00 |
| 02/01/08 | $3,000.00 | | | | | 93,000.00 |
| 03/01/08 | $3,000.00 | 2/29/2008 | 6,000.00 | TO FUND | | 93,000.00 |
| 04/01/08 | $3,000.00 | 5/22/2008 | 20,000.00 | TO FUND | | 73,000.00 |
| 05/01/08 | $3,000.00 | | | | | 73,000.00 |
| 06/01/08 | $3,000.00 | | | | | 73,000.00 |
| 07/01/08 | $3,000.00 | | | | | 73,000.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>RICK'S BRICKS, INC., A DISSOLVED ILLINOIS CORPORATION; S&R MASONRY, INC., AN ILLINOIS CORPORATION and RICK WILLIAMS, Individually<br><br>Defendant. | ) ) ) ) No. 08 C 2603 ) ) Judge Kocoras ) ) Magistrate Judge Cox ) ) ) ) ) ) |

## AFFIDAVIT

Robert Rudis, upon being first duly sworn, on oath deposes and states:

1.  Affiant is Collection Coordinator for Local 74.

2.  Our office made a claim on the benefit bond of defendants and collected $20,000.00 thereby reducing the amount owed on the defaulted note.

3.  Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
ROBERT RUDIS

SUBSCRIBED AND SWORN TO
before me this ___15th___ day
of July, 2008

_____
Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>RICK'S BRICKS, INC., A DISSOLVED ILLINOIS CORPORATION; S&R MASONRY, INC., AN ILLINOIS CORPORATION and RICK WILLIAMS, Individually<br><br>    Defendant. | ) <br> ) <br> ) <br> ) No. 08 C 2603 <br> ) <br> ) Judge Kocoras <br> ) <br> ) Magistrate Judge Cox <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter.

3. Our normal rate is $175.00 per hour.

4. Our firm charged the Bricklayers Local #74 Fund $875.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing

FURTHER AFFIANT SAYETH NOT.

_____
DONALD SCHWARTZ

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>RICK'S BRICKS, INC., A DISSOLVED ILLINOIS CORPORATION; S&R MASONRY, INC., AN ILLINOIS CORPORATION and RICK WILLIAMS, Individually<br><br>Defendant. | )<br>)<br>)<br>) No. 08 C 2603<br>)<br>) Judge Kocoras<br>)<br>) Magistrate Judge Cox<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $74,300.00 is entered in favor of Plaintiffs, Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the Defendant, S&R MASONRY, INC.,

2. This is a final and appealable order.

DATED: _____

ENTER: _____
**HONORABLE JUDGE KOCORAS**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415