IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>                Plaintiffs,<br><br>v.<br><br>RICK'S BRICKS, INC., A DISSOLVED ILLINOIS CORPORATION; S&R MASONRY, INC., AN ILLINOIS CORPORATION and RICK WILLIAMS, Individually<br>                Defendant. | ) ) ) ) ) No. 08 C 2603 ) ) ) Judge Kocoras ) ) Magistrate Judge Cox ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:   Rick's Bricks, Inc.                          Rick Williams
        c/o its registered agent, Rick Williams    1998 North Walnut Road
        1998 North Walnut Rd.                       P.O. Box 557
        Rochester, IL 62563                           Rochester, IL 62563

        S & R Masonry, Inc.
        c/o its registered agent, J. Tim Cravens
        100 North Amos, P.O. Box 216
        Springfield, IL 62705

**PLEASE TAKE NOTICE** that on **August 19, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Kocoras, Room 1725** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                    TRUSTEES OF THE BRICKLAYERS AND
                    ALLIED CRAFTSMEN LOCAL 74 FRINGE
                    BENEFIT FUNDS

                    By: s/ Donald D. Schwartz
                        Counsel for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 23rd day of July 2008, at or before the hour of 5:00 p.m.

**Rick's Bricks, Inc.**
**c/o its registered agent, Rick Williams**
**1998 North Walnut Rd.**
**Rochester, IL 62563**

**Rick Williams**
**1998 North Walnut Road**
**P.O. Box 557**
**Rochester, IL 62563**

**S & R Masonry, Inc.**
**c/o its registered agent, J. Tim Cravens**
**100 North Amos, P.O. Box 216**
**Springfield, IL 62705**

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: July 23, 2008