# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2603 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Bricklayers & Allied Craftsman Local 74 et al vs. Rick's Bricks, Inc. et al | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held on 8/19/2008. Plaintiffs' motion [9] for order of default and judgment in sum certain is granted. Enter default judgment in favor of plaintiffs, Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the defendant, S&R Masonry, Inc. in the amount of $74,300.00. This is a final and appealable order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|