IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>RICK'S BRICKS, INC., A DISSOLVED ILLINOIS CORPORATION; S&R MASONRY, INC., AN ILLINOIS CORPORATION and RICK WILLIAMS, Individually<br><br>Defendant. | )<br>)<br>)<br>) No. 08 C 2603<br>)<br>) Judge Kocoras<br>)<br>) Magistrate Judge Cox<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $74,300.00 is entered in favor of Plaintiffs, Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the Defendant, S&R MASONRY, INC.,

2. This is a final and appealable order.

DATED: August 19, 2008

ENTER: *Charles P. Kocoras*
**HONORABLE JUDGE KOCORAS**

Donald D. Schwartz
**ARNOLD AND KADJAN** 19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415