# United States District Court
## Northern District of Illinois
**Eastern Division**

Bricklayers and Allied Craftsmen         **JUDGMENT IN A CIVIL CASE**
Local 74 Fringe Benefit Funds

       v.                         Case Number: 08 C 2603

Rick's Bricks, Inc. et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiffs Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the defendant S&R Masonry, Inc. All matters in controversy having been resolved, final judgment is entered.

                                         Michael W. Dobbins, Clerk of Court

Date: 8/19/2008                          /s/ Stephen C. Tokoph, Deputy Clerk